# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 21-11524 |
| Bryant Barfield | ) | |
| | ) | Judge Jacqueline P. Cox |
| | ) | |
| Debtor(s) | ) | Chapter 13 |

## NOTICE OF MOTION

To:

Chapter 13 Trustee, Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic court notification;

Bryant Barfield, 8046 S. Manistee St., Chicago, IL 60617, via US Mail;

See attached Service List.

PLEASE TAKE NOTICE that on April 4, 2022, at 9:00 a.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, and present the motion of Debtor to Incur Debt, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 273 2896 and the password is 778135. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

      I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on March 25, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 21-11524<br>Northern District of Illinois<br>Eastern Division<br>Thu Oct  7 17:31:25 CDT 2021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AFL CIO EMPLOYEES FCU<br>555 NEW JERSEY AVE, NW<br>Washington, DC 20001-2029 |
| Alltran Financial, LP<br>P.O. Box 722929<br>Houston, TX 77272-2929 | CAPITAL ONE BANK USA NA<br>PO BOX 31293<br>Salt Lake City, UT 84131-0293 | COMENITY CAPITAL/ULTAMC<br>PO BOX 182120<br>Columbus, OH 43218-2120 |
| Capital One Bank USA<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Celtic Bank Continental Finance<br>268 S. STATE ST, SUITE 300<br>Salt Lake City, UT 84111-5314 | First Premier<br>3820 N LOUISE AVE<br>Sioux Falls, SD 57107-0145 |
| Firts Premier<br>3820 N LOUISE AVE<br>Sioux Falls, SD 57107-0145 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | KOHLS/CAPITAL ONE<br>PO BOX 3115<br>Milwaukee, WI 53201-3115 |
| Lending Club Bank NA<br>595 MARKET STREET STE 200<br>San Francisco, CA 94105-2802 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Onemain<br>100 INTERNATIONAL DRIVE<br>15TH FLOOR<br>Baltimore, MD 21202-4784 |
| PHH Mortgage Service<br>1 MORTGAGE WAY<br>ATTN : SV09<br>Mount Laurel, NJ 08054-4624 | Personify Finanical<br>PO Box 208417<br>Dallas, TX 75320-8417 | TD Bank USA<br>7000 TARGET PARKWAY N,<br>MAIL STOP NCD-0450<br>Andover, MA 05544-5000 |
| Bryant Barfield<br>8046 S. Manistee St<br>Chicago, IL 60617-1329 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Macy's / DSNB<br>911 Duke Blvd.<br>Mason, OH 45040 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 21-11524 |
| Bryant Barfield | ) | |
| | ) | Judge Jacqueline P. Cox |
| | ) | |
| Debtor(s) | ) | Chapter 13 |

### **DEBTOR'S MOTION TO INCUR DEBT**

Bryant Barfield ("Debtor"), by and through his attorneys, Law Offices of David Freydin, hereby moves this Honorable Court to enter an Order granting the Debtor's Motion to Incur Debt, and in support thereof states as follows:

1. That the Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on October 7, 2021

2. That this Honorable Court confirmed the Debtor's Chapter 13 Plan on March 7, 2022.

3. That the confirmed plan will provide a 100% dividend to secured creditors and at least 100.00% dividend to general unsecured creditors.

4. That the Debtor's current vehicle, a 2011 Chevy Aveo, is unreliable and constantly needs expensive repairs.

5. That the Debtor needs a reliable vehicle to get to work.

6. The Debtor has obtained a vehicle purchase order. (See attached).

7. The Debtor respectfully requests that this Honorable Court grant him permission to purchase a 2016 Mitsubishi Outlander or similar vehicle.

8. That the estimated terms of purchase are attached to this motion as Exhibit A, but this vehicle may not be available when Debtor returns to the dealership.

9. That the Debtor would like permission to finance a replacement vehicle with the following terms

    a. Purchase price not to exceed $23,000.00

    b. Monthly payment: $466.00

    c. Interest rate not to exceed 14.99%

    d. Term of loan not to exceed 72 months.

10. That the Debtor is in a position to make Trustee payments as well as the new car payment, has filed in good faith, and intends to complete the plan of reorganization.

WHEREFORE, Debtor, respectfully requests this Honorable Court to enter an Order authorizing the Debtor to incur debt to finance the purchase of a vehicle, and for such other and further relief as this Court deems fair and just.


Respectfully Submitted,

/s/ David Freydin
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157